OPINION PER CURIAM, November 17, 1972:
Order affirmed. The sentence of death is vacated and appellant is sentenced to life imprisonment.

The former Mr. Chief Justice BELL and the late Mr. Justice COHEN took no part in the decision of this case.

## Kilmer Estate.

Argued April 24, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Rodney D. Henry,* for appellants.

*Samuel H. High, Jr.,* with him *Hale Pratt, High, Swartz, Roberts & Seidel,* and *Pratt, Clark, Gathright & Price,* for appellee.

OPINION PER CURIAM, November 17, 1972:
Decree affirmed; costs on appellants.